IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY L ROBINSON, #1955575 <br> formerly TDCJ #522182 <br> Plaintiff, | § <br> § <br> § <br> § <br> § <br> §  3:16-CV-0250-M-BK <br> § <br> § <br> § |
| KAZ MIERCZAK, et al., <br> Defendants. | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motion to proceed *in forma pauperis* [Doc. 4] is **DENIED**, and that this action is **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g).

SO ORDERED this 9 day of March, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS